JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK CHRISTIAN VAN DEN ANDEL,<br><br>              Petitioner,<br><br>     v.<br><br>ELVIN VALENZUELA, Warden,<br><br>              Respondent. | Case No. CV 13-3966-DDP (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 4, 2014

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE